# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00456-AP

ROBIN WADE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.**    **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Luke A. Brennan | DAVID M. GAOUETTE |
| 422 White Ave., Ste. 323 | Acting United States Attorney |
| Grand Junction, CO 81501 | |
| 970-245-8021 | KEVIN TRASKOS |
| luke@gllblaw.com | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 |
| | (303) 844-0770 (facsimile) |
| | debra.meachum@ssa.gov |

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

   **A.  Date Complaint Was Filed:** 3/5/09
   **B.  Date Complaint Was Served on U.S. Attorney's Office:** 3/12/09
   **C.  Date Answer and Administrative Record Were Filed:**   5/11/09

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence at this time.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

   **A.  Plaintiffs Opening Brief Due:**        6/29/09
   **B.  Defendant's Response Brief Due:**    7/29/09
   **C.  Plaintiffs Reply Brief (If Any) Due:** 8/14/09

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   **A.  Plaintiffs Statement:** Plaintiff does not request oral argument
   **B.  Defendant's Statement:** Defendant does not request oral argument

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED:  May 27, 2009

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Luke A. Brennan
Luke A. Brennan
422 White Ave., Ste. 323
Grand Junction, CO 81501
970-245-8021
luke@gllblaw.com

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov